OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P O BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

PRESORTED
FIRST CLASS

02 1R
000 2003152
MAILED FROM ZIPCODE 78701
WR-36,092-03

$00.26⁵
JAN 15 2015
UNITED STATES POSTAGE
PITNEY BOWES

1/5/2015

HARRISON, WILLIAM BUFORD - Tr. Ct. No. 644449-C

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

WILLIAM BUFORD HARRISON

RETURN TO SENDER
RELEASED FROM CUSTODY OF
HARRIS CO SHERIFF'S DEPT.